IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **VINCENT ROGER HARRIS,** | ) | |
| **Petitioner,** | ) ) ) | |
| v. | ) ) | Case No. 3:13-cv-00019 |
| **STATE OF TENNESSEE,** | ) ) | Judge Campbell |
| **Respondent.** | ) ) | |

**ORDER**

This is a habeas corpus action that was closed eighteen months ago, after the Court summarily denied petitioner Vincent Roger Harris's petition under 28 U.S.C. § 2254. Harris has now filed in this action a "Motion to Stop All Forced Medication Immediately and Abide by Judge Randy Kennedy's 6-21-2011 Court Order" (ECF No. 18). This motion does not challenge the *fact* of Mr. Harris's confinement. Instead, it challenges the *conditions* of his confinement.

Mr. Harris is hereby **GIVEN NOTICE** that in order to bring a legal challenge to address the conditions of his confinement by TDOC, he must file a separate complaint under 42 U.S.C. § 1983, accompanied by the appropriate civil filing fee ($400) or by a properly completed application to proceed *in forma pauperis*.

The Clerk is **DIRECTED** to forward to Mr. Harris a blank form § 1983 complaint, a blank form application to proceed in district court without prepaying fees and costs, and a copy of Administrative Order 93.

The Clerk is further **DIRECTED** to **TERMINATE** this motion (ECF No. 18) as pending in this action.

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge