# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VINCENT ROGER HARRIS,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 3:13-cv-00019 |
| **STATE OF TENNESSEE,** | ) Judge Campbell |
| **Respondent.** | ) |

## ORDER

Pending before the Court is the petitioner's motion for relief from judgment (ECF No. 19) filed under Rule 60 of the Federal Rules of Civil Procedure. The petitioner also requests the appointment of counsel (ECF No. 19, at 6).

For the reasons set forth in the accompanying Memorandum Opinion, the Rule 60 motion is **DENIED**, and the request for appointment of counsel is **DENIED AS MOOT**.

Because the petitioner has not made a substantial showing of the denial of a constitutional right and because his claims in this Rule 60 motion do not merit further review, 28 U.S.C. § 2253(c)(3); Fed. R. App. P. 22(b), the Court **DENIES** a Certificate of Appealability.

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge